UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                       Criminal No. 13-CR-20547

vs.                                            HON. BERNARD A. FRIEDMAN

DARRELL FOSTER,

    Defendant.

_____/

### ORDER DENYING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE

On February 2, 2021, this matter came before the Court on defendant's motion for compassionate release [docket entry 49]. A hearing was held and argument heard. For the reasons stated on the record,

IT IS ORDERED that defendant's motion for compassionate release is denied.

                                                s/Bernard A. Friedman
                                                BERNARD A. FRIEDMAN
Dated:  February 2, 2021           SENIOR UNITED STATES DISTRICT JUDGE
        Detroit, Michigan