# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: February 17, 2021

Mr. Michael C. Martin
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Mr. David C. Tholen
Federal Defender Office
613 Abbott Street
Suite 500
Detroit, MI 48226

Re: Case No. 21-1157, *USA v. Darrell Foster*
Originating Case No. : 2:13-cr-20547-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

cc: Ms. Kinikia D. Essix

Enclosure

Case No. 21-1157

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

DARRELL LAMAR FOSTER

    Defendant - Appellant

It is **ORDERED** that this appeal be, and it hereby is, expedited for briefing and submission. Accordingly, counsel is directed to docket the transcript order entry by **February 24, 2021**. The court reporter is directed to complete the transcript, upon satisfactory financial arrangements, no later than **March 17, 2021**.

No extensions of time will be granted for any of the requirements, absent extraordinary circumstances, which must be established by motion.

                                        **ENTERED PURSUANT TO RULE 45(a),**
                                        **RULES OF THE SIXTH CIRCUIT**
                                        Deborah S. Hunt, Clerk

Issued: February 17, 2021